**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kesha Danielle Johnson-Allison and Jim T. Allison,
Defendants,

Of whom Kesha Danielle Johnson-Allison is the
Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000659

―――――――――

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

―――――――――

Unpublished Opinion No. 2023-UP-009
Submitted December 20, 2022 – Filed January 3, 2023

―――――――――

**AFFIRMED**

―――――――――

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Jennifer Dunaway Moore, of Anderson & Moore, LLC, of Spartanburg, as Guardian ad Litem for Appellant.

Kathryn J. Walsh, of South Carolina Department of Social Services, of Spartanburg, for Respondent.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of Spartanburg, for the Guardian ad Litem for the minor children.

---

**PER CURIAM:**  Kesha Danielle Johnson-Allison appeals the family court's final order finding she physically and medically neglected her minor children (Children), finding she placed Children at a substantial risk of physical abuse, and terminating her parental rights to Children.  *See* S.C. Code Ann. § 63-7-20(6)(a)(i), (iii) (Supp. 2022); S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Johnson-Allison's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.